UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Maximus K., | File No. 23-cv-1403 (ECT/DLM) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Martin J. O'Malley, *Commissioner of Social Security Administration*, | |
| Defendant. | |

---

Magistrate Judge Douglas L. Micko issued a Report and Recommendation on July 25, 2024. ECF No. 19. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 19] is **ACCEPTED**.

2. Plaintiff Maximus K.'s request for reversal or remand of the Commissioner's decision [ECF No. 16] is **DENIED**.

3. Defendant Commissioner of Social Security's request to affirm the Commissioner's decision [ECF No. 18] is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 12, 2024            s/ Eric C. Tostrud
                                  Eric C. Tostrud
                                  United States District Court